UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

### CRIMINAL CASES:

### CIVIL CASES:

| | |
|---|---|
| CA 15-313-MSM | Cimalore, et al. v. Town of Westerly, et al. **(Civil Rights)** |
| CA 15-315-MSM | Koza v. Town of Westerly, et al. **(Civil Rights)** |
| CA 16-472-MSM | Masse v. City of Providence **(Civil Rights – Job Discrimination)** |
| CA 17-494-MSM | Sanabria v. City of Woonsocket, et al. **(Civil Rights)** |
| CA 18-186-MSM | Ferrigno v. Town of Westerly, et al. **(Civil Rights)** |

### TRIAL NOTICE

The above-captioned case will begin jury empanelment on **Tuesday, February 4, 2020** at **9:30 AM** and continue through **Wednesday, February 5, 2020,** if necessary. Trial counsel must be present for the empanelment of the jury unless excused by the Court. The above-captioned cases may or may not be reached for trial in the order listed. It is counsel's responsibility to keep informed of the status of their cases by communicating with the Judge's case manager.

**One week before trial** each party must file (on ECF) the following:
1. A Pretrial Memoranda that contains:
   a. A brief description of the facts;
   b. A brief analysis of the law that applies to this case;
   c. Identification of any evidentiary issues that may arise;

    d. Estimated length of trial; and

    e. Any other trial matters the parties wish to bring to the Court's attention

2. A List of Witnesses and a List of Exhibits.
3. Jury Instructions and any proposed verdict form.
4. Any motions in limine (objections are due 7 days after they are filed)

**One day before trial**, each party must deliver to the Court a copy of all their exhibits. Jury voir dire will be conducted by the attorneys.

The Court reminds counsel that the parties should make every effort to settle the case before jurors are summoned for empanelment. The Court may assess jury costs and/or counsel fees against one or more of the parties and/or counsel if the Court determines that the lateness of settlement was due to unreasonable or vexatious conduct or neglect.

  /s/ Mary S. McElroy
United States District Judge
Dated: January 17, 2020