## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

Carmen M. Sanabria
Plaintiff,
v.                                                    Case No.: 1:17−cv−00494−MSM−LDA

City of Woonsocket, et al.
Defendant.

## **CALENDAR CALL NOTICE**

The parties are hereby notified that the above−captioned case is on the trial calendar commencing in February. A Calendar Call will be held before District Judge Mary S. McElroy in Courtroom 2 on January 30, 2020 at 11:00 AM.

Every effort will be made to provide a date certain for trial at the calendar call, however, dates are subject to change due to settlement or other circumstances. Counsel should be prepared to discuss all scheduling issues at the Calendar Call.

Following the Calendar Call, a final pretrial conference will be held. The date for the final pretrial conference will be set at the Calendar Call, if not before.

Counsel are instructed to keep the case manager for the undersigned judge informed of the status of the above−captioned case.

January 24, 2020                                By the Court:

                                                /s/ Mary S. McElroy
                                                United States District Judge


U.S. District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903
Case Manager: Nissheneyra Urizandi 401−752−7214