## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

Carmen M. Sanabria
Plaintiff,
v.                                                      Case No.: 1:17–cv–00494–MSM–LDA

City of Woonsocket, et al.
Defendant.

## FINAL PRETRIAL CONFERENCE NOTICE

      A final pretrial conference for the above captioned case will be held before District Judge Mary S. McElroy in Judge McElroy's Chambers on **Friday, February 7, 2020 at 10:00 AM.** At the final pretrial conference, counsel are expected to:

1. Inform the Court of the anticipated length of the trial and any scheduling conflicts for themselves and/or their witnesses.

2. Provide a list of witnesses in the order they are to be presented at trial and the length of direct testimony and cross–examiniation.

3. Inform the Court of any special needs a witness may require or any other matters that could affect the progress of that trial.

4. Discuss how exhibits will be presented and which exhibits will be admitted without objection, and notify the Court if they plan to utilize the courtroom technology.

5. Discuss whether testimony will be presented by deposition and deadlines for the filing of designations, cross–designations, and objections.

      In addition, trial counsel are required to make the following filings and submissions in accordance with the dates listed below:

1. Unless otherwise oredered by the Court, any motions in limine and supporting memoranda are to be electronically filed seven (7) days before jury empanelment. Objections to motions in limine are to be electronically filed seven (7) days thereafter.

2. Unless otherwise ordered by the Court, trial counsel must confer with each other and provide the Court seven (7) days before jury empanelment, a list (paper) of exhibits to be admitted without objection.

      Counsel are instructed to keep the case manager for the undersigned judge informed of the status of the above−captioned case.

January 30, 2020                                By the Court:

                                                      /s/ Mary S. McElroy
                                                      United States District Judge

U.S. District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903
Case Manager: Nissheneyra Urizandi 401−752−7214