# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| CARMEN M. SANABRIA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | C.A. No. 17-494-MSM-LDA |
| | ) | |
| CITY OF WOONSOCKET, et al, | ) | |
|     Defendants. | ) | |

## JURY VERDICT FORM

We, the jury unanimously find as follows:

1. As to the claim of <u>excessive force</u>, we the jury find for:

    a. _____ Plaintiff Carmen M. Sanabria or ___✓___ Defendant Joseph Brazil

    b. _____ Plaintiff Carmen M. Sanabria or ___✓___ Defendant Matthew Derham

2. As to the claim of <u>assault</u>, we the jury find for:

    a. _____ Plaintiff Carmen M. Sanabria or ___✓___ Defendant Joseph Brazil

    b. _____ Plaintiff Carmen M. Sanabria or ___✓___ Defendant Matthew Derham

3. As to the claim of <u>battery</u>, we the jury find for:

    a. _____ Plaintiff Carmen M. Sanabria or ___✓___ Defendant Joseph Brazil

    b. _____ Plaintiff Carmen M. Sanabria or ___✓___ Defendant Matthew Derham

4. As to the claim of <u>vicarious liability for violation of the Americans with</u>

    <u>Disabilities Act</u>, we the jury find for:

    _____ Plaintiff Carmen M. Sanabria or ___✓___ Defendant City of Woonsocket

5. As to the claim of <u>failure to train under the Americans with Disabilities Act</u>, we the jury find for:

_____ Plaintiff Carmen M. Sanabria or ___✓___ Defendant City of Woonsocket

**If and only if you find for the Plaintiff as to question 4 or 5 Answer the following question:**

6. Do you find that the violation occurred at:

      1. _____ The scene of the arrest.

      2. _____ The Woonsocket Police Station.

      3. _____ Both

<b>IF YOU CHECKED <u>ANY</u> LINE <u>FOR THE PLAINTIFF</u><br>IN QUESTIONS 1 THROUGH 5 ABOVE,<br>CONTINUE TO QUESTION 7 ON DAMAGES.</b>

<b>IF YOU DID NOT CHECK <u>ANY</u> LINE FOR THE PLAINTIFF<br>IN QUESTIONS 1 THROUGH 5 ABOVE,<br><u>STOP HERE, AND SIGN AND DATE JURY VERDICT FORM BELOW</u>.</b>

7. We the jury award the following amount to Plaintiff for her compensatory damages:

$ _____

<b>IF YOU CHECKED <u>ANY</u> LINE <u>FOR THE PLAINTIFF</u><br>IN QUESTIONS 1 THROUGH 3 ABOVE,<br>CONTINUE TO QUESTION 8 ON PUNITIVE DAMAGES.</b>

<b>IF YOU DID NOT CHECK <u>ANY</u> LINE FOR THE PLAINTIFF<br>IN QUESTIONS 1 THROUGH 3 ABOVE, <u>STOP HERE,<br>AND SIGN AND DATE JURY VERDICT FORM BELOW</u>.</b>

8. We the jury award the following amounts to Plaintiff for her punitive damages:

a. We assess punitive damages against Defendant <u>Joseph Brazil</u> as follows:

$ _____

b. We assess punitive damages against Defendant <u>Matthew Derham</u> as follows:

$ _____

REDACTED

Jury Foreperson Signature

2/27/2020

Date