# UNITED STATED DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Carmen M. Sanabria

V.

City of Woonsocket, *through its Treasuer,*
Kerry Vasaturo, Woonsocket Police Department,
Joseph P. Brazil, *Individual and in his Official Capacity,*
Matthew Derham, *Individual and his Official Capacity*

# **JUDGMENT**

[X] Jury Verdict. This action came before the Court for trial by jury. The issues have been tried and the jury had rendered it's verdict.

[ ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Judgment by jury verdict is hereby entered for the Defendants, City of Woonsocket, through its Treasurer, Kerry Vasaturo, Woonsocket Police Department, Joseph P. Brazil, Individual and in his Official Capacity and Matthew Derham, Individual and in his Official Capacity rendered on 02/27/2020.

**Enter:**
/s/ Carrie L. Potter
**Deputy Clerk**

**Dated: February 27, 2020**